**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| RIVERBANK, INC.<br><br>Plaintiff,<br><br>v.<br><br>RIVER BANK,<br><br>Defendant. | CIVIL ACTION NO. 1:07-cv-12354 |

## **DECLARATION OF THOMAS F. HOLT, JR.**

1. I am an attorney at law duly licensed to practice in the Commonwealth of Massachusetts and before the United States District Court for the District of Massachusetts.

2. I am a partner with the law firm of K&L Gates LLP, counsel for Defendant River Bank (the "Defendant") in the above captioned matter.

3. A true and accurate copy of the Deposition Transcript of Stephen Jones, Defendant River Bank's Rule 30 (b)(6) Representative and Exhibit 9 thereto is attached as Exhibit A.

4. A true and accurate copy of Defendant River Bank's Responses to Plaintiff's First Set of Interrogatories is attached as Exhibit B.

5. A true and accurate copy of a screen capture of the Defendant's website, located at <www.riverbk.com>, is attached as Exhibit C.

6. A true and accurate copy of the Deposition Transcript of Daniel Cosgrove, Plaintiff Riverbank, Inc.'s Rule 30(b)(6) Representative is attached as Exhibit D.

BOS-1285514 v1

7. True and accurate copies of selected Exhibits to the Deposition Transcript of Daniel Cosgrove are attached as Exhibits E, F, G and H.

8. A true and accurate copy of Plaintiff's Responses to Defendant's First Set of Interrogatories is attached as Exhibit I.

9. A true and accurate copy of the Trademark Electronic Search System record for "Riverbank, Inc." from the United States Patent and Trademark Office is attached as Exhibit J.

10. True and accurate copies of documents from the Commonwealth of Massachusetts Secretary of the State regarding the Defendant's name change are attached as Exhibit K.

11. A true and accurate copy of the Deposition Transcript of James A. Brett, Esq. and Exhibit 2 thereto is attached as Exhibit L.

12. A true and accurate copy of a June 26, 2006 letter from the Commonwealth of Massachusetts Office of the Commissioner of Banks is attached as Exhibit M.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS 27th DAY OF FEBRUARY, 2009.

   /s/ Thomas F. Holt, Jr.
Thomas F. Holt, Jr.